**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| MARIA EDLYN V. ROZNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-00021-DRL-SJF |
| | ) | |
| THOR MOTOR COACH, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

The parties, by counsel, stipulate to the dismissal of this matter, with prejudice, and with

each party bearing its own costs.


**Respectfully submitted:**

*/s/ Rick Dalton*                          */s/ Erin V. Bolden*
Rick Dalton                                Erin V. Bolden
Counsel for Plaintiff                      Counsel for Defendant